# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> DAVID ALEC WHITE (1), <br> Defendant. | Case No. 19CR3370-H <br><br> Booking No. 73744-298 <br><br> JUDGMENT AND ORDER OF DISMISSAL |

Good cause appearing and based upon the motion of the Government (Doc. No. 57), the Court grants the Government's motion to dismiss without prejudice the Indictment in the above entitled case against Defendant David Alec White. The Defendant is hereby discharged and the bond is hereby exonerated in this case.[1]

IT IS SO ORDERED AND ADJUDGED.

DATED: February 26, 2020

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

---

[1] If the bond was secured by a cash deposit and/or property, defense counsel must prepare an order to disburse funds and/or release collateral and submit the proposed order, pursuant to General Order 635 (S.D. Cal. February 6, 2014), to the Magistrate Judge who set the bail conditions.

-1-